UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KENT HIGGINS and JENNIFER HIGGINS, Individually and as Parents and Natural Guardians, and Next Friend on behalf of AH and NH, Minors, and JOHN TAYLOR and SARAH TAYLOR, Individually and as Parents and Natural Guardians, and Next Friend on behalf of JT, a Minor, and RACHEL TAYLOR, Plaintiffs, vs. KOCH DEVELOPMENT CORPORATION, d/b/a/ Holiday World & Splashin' Safari, Defendant. | 3:11-cv-00081-RLY-WGH |

**FINAL JUDGMENT**

Comes now the court, having this day granted Defendant's Motion for Summary Judgment, and enters final judgment in its favor, and against the Plaintiffs, Kent Higgins, Jennifer Higgins, AH, and NH.

**SO ORDERED** this 5th day of February 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

___Dina M. Doyle_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.